UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVI KONDAPALLI,

    Plaintiff,

v.                                         Case No: 8:15-cv-1370-T-30AEP

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver of
Orion Bank,

    Defendant.
_____

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Quash Service of Process and Motion to Dismiss Complaint (Dkt. #6).  Upon review and consideration, the Court determines the motion to quash should be granted to the extent that service upon Defendant corporation was improper.  Specifically, under Fed. R. Civ. P. 4(i)(1)(A)-(B), Plaintiff is required to serve the Attorney General of the United States, the U.S. Attorney for the District, and the Defendant corporation.  Further, by regulation, the FDIC has prescribed a procedure for the proper service on it: service of process must be made as set forth in the Federal Rules of Civil Procedure and upon the Executive Secretary of the FDIC or the agent designated to receive service of process in the state.  *See* 12 C.F.R. § 309.7(a). Plaintiff failed to fully comply with these requirements and, as such, service of process must be quashed.

Accordingly, it is ORDERED AND ADJUDGED that:

1. Defendant's Motion to Quash Service of Process (Dkt. #6) is GRANTED as stated herein; the remaining portion of the Motion is denied as moot.

2. Plaintiff's Motion for Entry of Clerk's Default (Dkt. #5) is DENIED as moot.

3. Plaintiff shall effectuate proper service upon Defendant within twenty (20) days of the Order.

**DONE** and **ORDERED** in Tampa, Florida, this 31st day of August, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2015\15-cv-1370 quash 6.docx