UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAVI KONDAPALLI,

   Plaintiff,

v.                                        Case No: 8:15-cv-1370-T-30AEP

FEDERAL DEPOSIT INSURANCE
CORPORATION,

   Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Notice of Dismissal With Prejudice (Dkt. #59). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs pursuant to a confidential Settlement Agreement.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of April, 2017.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record